UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIK LUNT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 1:13-cv-00863-JEC |
| BUREAU VERITAS NORTH AMERICA, INC., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff Eric Lunt in this action against the Defendant. Each side shall bear its own fees and costs.

Respectfully submitted this 9th day of October, 2013.

| | |
|---|---|
| /s/ Steven E. Wolfe | /s/ David R. Kresser |
| Steven E. Wolfe | David R. Kresser |
| Georgia Bar No. 142441 | Georgia Bar No. 429615 |
| Buckley & Klein, LLP | Fisher & Phillips LLP |
| Promenade II, Suite 900 | 1075 Peachtree Street, NE |
| 1230 Peachtree Street, NE | Suite 3500 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| (770) 650-4145(telephone) | (404) 231-1400 (telephone) |
| (770) 234-5206 (facsimile) | (404) 240-4249 (facsimile) |
| | |
| Counsel for Plaintiff | Counsel for Defendant |